■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN PITTS, Appellant. [925 NYS2d 365]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Brennan, J.), imposed June 2, 2010, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Angiolillo, Leventhal and Austin, JJ., concur.